### Jacqueline L. WASHINGTON–THOMAS, Petitioner,

v.

### DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 03–3036.

United States Court of Appeals, Federal Circuit.

DECIDED: April 17, 2003.

### *ORDER*

BRYSON, Circuit Judge.

Jacqueline L. Washington–Thomas moves for reconsideration of the court's order dismissing her petition for review for failure to pay the filing fee and to file a Fed. Cir. R. 15(c) statement concerning discrimination. The Department of Veterans Affairs has not responded.

Washington–Thomas has now paid the filing fee and filed a Fed. Cir. R. 15(c) statement concerning discrimination. Based on these circumstances, the court grants Washington–Thomas's motion to reinstate her petition for review.

Accordingly,

IT IS ORDERED THAT:

(1) Washington–Thomas's motion for reconsideration is granted.

(2) The December 16, 2002 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(3) Washington–Thomas's brief is due within 30 days of the date of filing of this order.